**Opinion issued February 22, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-24-00076-CR**

————————————

## IN RE JULIAN FERNANDEZ, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Julian Fernandez, proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court "impeach the judge (administrator) and prosecutors[,] . . . and have all charges [against him] dismissed with prejudice."[1]

---

[1] The underlying case is *The State of Texas v. Julian Fernandez*, Cause No. 2355952 in the Criminal Court at Law No. 13 of Harris County, Texas, the Honorable Raul Rodriguez presiding.

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

Do not publish.  TEX. R. APP. P. 47.2(b).